MICHAEL L. WOLFRAM, SBN 56240
2460 DUVAL RD.
CAMARILLO, CA 93012-9025
805.491.2770

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NADALON FORMBY | CASE NUMBER |
|---|---|
| Plaintiff(s) | 21-CV-01042-DOC-KES |
| v. | |
| FIRST TRANSIT, INC. | **MEDIATION REPORT** |
| Defendant(s). | |

***Instructions:*** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1.  ☐ A mediation was held on (date): _____ .

    ☑ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☐ Appeared as required by Civil L.R. 16-15.5(b).
    ☐ Did not appear as required by Civil L.R. 16-15.5(b).

    > ☐ Plaintiff or plaintiff's representative failed to appear.
    > ☐ Defendant or defendant's representative failed to appear.
    > ☐ Other:

3.  Did the case settle?

    ☐ Yes, fully, on _____ (date).
    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ Yes, partially, and further facilitated discussions are **not** expected.
    ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?

    _____ .

Dated: MARCH 9, 2022 _____

_____
Signature of Mediator
MICHAEL L. WOLFRAM
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*