JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nadalon Formby, individually and, Madalon Formby, individually,<br><br>Plaintiff,<br><br>vs.<br><br>First Transit, Inc., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. SA CV 21-01042-DOC (KESx) [*Consolidated with SA CV 21-01046-DOC (KESx)*]<br><br>*Assigned to the Hon. David O. Carter*<br><br>**ORDER** |

Pursuant to the parties' stipulation, it is **ORDERED** that Plaintiffs Nadalon Formby and Madalon Formby's claims are hereby **DISMISSED WITH PREJUDICE.** Each party is to bear their own attorney's fees and costs, in consideration of a negotiated settlement executed by the Parties.

**IT IS SO ORDERED.**

Dated: March 23, 2022

By: *David O. Carter*
Honorable David O. Carter
U.S. District Judge